# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

|  |  |
|---|---|
| Monte Hooper, On behalf of Himself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) UnitedHealth Group Incorporated, ) UnitedHealthcare Insurance Company, and ) Michelin North America, Inc. ) ) Defendants. ) ) | C.A. No. 6:12-1519-BHH |

### ORDER GRANTING JOINT MOTION OF THE PARTIES FOR A FOURTEEN DAY EXTENSION OF THE DEADLINES RELATED TO DISPOSITIVE MOTIONS SET FORTH IN THE DECEMBER 23, 2014 AMENDED SCHEDULING ORDER

This matter is before the Court on the Joint Motion of the Parties for a Fourteen Day Extension of the Deadlines Related To Dispositive Motions Set Forth In the December 23, 2014 Amended Scheduling Order (Dkt. # 101).

It appearing to the Court that good cause for an extension has been shown;

IT IS THEREFORE ORDERED that the deadlines set forth in paragraphs 1 and 2 of the Amended Scheduling Order (Dkt. # 101) are amended as follows: the time set forth in paragraph 1 of the Amended Scheduling Order for the parties to file any dispositive Motions they deem appropriate is extended until February 13, 2015; the time set forth in paragraph 2 of the Amended Scheduling Order for the opposing party to file a response to the dispositive motions is extended until March 30, 2015; and the time set forth in paragraph 2 of the Amended Scheduling Order for a moving party to file a reply is extended until April 14, 2015. The other paragraphs of

1

Amended Scheduling Order (Dkt. # 101) remain in force and effect, and this Order does not alter or amend the other paragraphs in the Amended Scheduling Order in any way.

/s/Bruce Howe Hendricks
United States District Judge

January 16, 2015
Greenville, South Carolina

2