# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (GREENVILLE DIVISION)

| | |
|---|---|
| MONTE HOOPER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY AND MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Case No.: 6:12-cv-01519-BHH<br><br>**ORDER** |

On Motion by Plaintiff with the consent of all parties and pursuant to Federal Rule 21 of the Federal Rules of Civil Procedure it is hereby Ordered that the Michelin Medical Care and Prescription Drug Plan and the Michelin Pension and Benefits Board are hereby substituted to replace party defendant, Michelin North America, Inc.

Vance Drawdy and the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., currently counsel of record for Michelin North America, Inc. will continue as counsel of record for substituted parties Michelin Medical Care and Prescription Drug Plan and the Michelin Pension and Benefits Board.

The case caption shall be changed to delete Michelin North America, Inc. who shall be dismissed and replaced with the Michelin Medical Care and Prescription Drug Plan and the Michelin Pension and Benefits Board as defendants along with the other defendant, United Health Care Insurance Company. All prior pleadings stand amended by this Order and all future pleadings shall reflect this amendment in conformity with Federal Rules 21 and 17.

It is so ORDERED.

2

  s/Bruce Howe Henricks

Bruce H. Hendricks
United States District Judge

March 31, 2015
Greenville South Carolina.

2